Affirmed and Memorandum Opinion filed March 31, 2005









Affirmed and Memorandum Opinion filed March 31, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00724-CR

____________

 

BLAIR DOUGLAS
TENNISON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District
Court

Harris County,
Texas

Trial Court Cause No.
919,962

 



 

M E M O R A N D U M   O P I N I O N

On March 4, 2003, appellant entered a plea of guilty to the
offense of sexual assault of a child.  A
finding of guilt was deferred and appellant was placed on community supervision
for five years and assessed a $1,000 fine. 
On April 21, 2004, the State filed a motion to adjudicate guilt.  After a hearing, the trial court found the
allegations in the motion true, adjudicated appellant=s guilt, and sentenced appellant on
July 21, 2004, to confinement for six years in the Institutional Division of
the Texas Department of Criminal Justice and assessed a fine of $1,000.  Appellant filed a timely notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  Appellant
was provided a copy of the record and granted an extension of time to file his
response.  More than thirty days have
elapsed, and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 31, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.  

Do Not Publish C Tex. R. App. P. 47.2(b).